# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY PLUMMER,<br><br>        Plaintiff,<br><br>    v.<br><br>NANCY A. BERRYHILL[1],<br>Acting Commissioner of Social Security,<br><br>        Defendant. | Case No.: 1:16-cv-1137 - JLT<br><br>ORDER DISCHARGING THE ORDER TO SHOW CAUSE DATED APRIL 28, 2017<br><br>(Doc. 17) |

On March 24, 2017, the Court ordered Defendant to show cause why sanctions should not be imposed for failure to file a timely response to Plaintiff's opening brief or, in the alternative, to file a brief within ten days. (Doc. 17) On May 5, 2017, Defendant filed a response to Plaintiff's brief. (Doc. 18)

Based upon the filing of the responsive brief (Doc. 18) within the timeframe ordered by the Court, the Order to Show cause dated May 6, 2017 (Doc. 17) is **DISCHARGED**.

IT IS SO ORDERED.

    Dated: **May 9, 2017**                                **/s/ Jennifer L. Thurston**
                                                          UNITED STATES MAGISTRATE JUDGE

---

[1] Nancy A. Berryhill is now the Acting Commissioner of Social Security. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, the Court substitutes Nancy A. Berryhill for her predecessor, Carolyn W. Colvin, as the defendant.