1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY PLUMMER, | ) Case No.: 1:16-cv-01137 – JLT |
| Plaintiff, | ) |
| | ) ORDER AWARDING ATTORNEY'S FEES |
| v. | ) PURSUANT TO THE EQUAL ACCESS TO |
| | ) JUSTICE ACT |
| NANCY A. BERRYHILL, | ) (Doc. 23) |
| Acting Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |
| | ) |

On March 15, 2018, Mary Plummer and Nancy A. Berryhill, Acting Commissioner of Social Security, stipulated for the award and payment of attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d).  (Doc. 23)  Accordingly, subject to the terms of the parties' stipulation, the Court **ORDERS** fees and costs in the total amount of $9,000.00 are **AWARDED** to Plaintiff, Mary Plummer.

IT IS SO ORDERED.

   Dated:   **March 23, 2018**              **/s/ Jennifer L. Thurston**
                                    UNITED STATES MAGISTRATE JUDGE